# Exhibit B

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**MARCH 2026** 03842
E-Filing Number: 2603064865

| | |
|---|---|
| PLAINTIFF'S NAME<br>DEBORAH CRUMP | DEFENDANT'S NAME<br>DOLLAR TREE |
| PLAINTIFF'S ADDRESS<br>646 KENMORE ROAD<br>PHILADELPHIA PA 19151 | DEFENDANT'S ADDRESS<br>1601 MARKET STREET<br>PHILADELPHIA PA 19103 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>DOLLAR TREE STORES, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>500 VOLVO PARKWAY<br>CHESAPEAKE VA 23320 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1

TOTAL NUMBER OF DEFENDANTS: 2

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition Action
- [ ] Transfer From Other Jurisdictions
- [ ] Notice of Appeal

AMOUNT IN CONTROVERSY
- [ ] $50,000.00 or less
- [x] More than $50,000.00

COURT PROGRAMS
- [ ] Arbitration
- [x] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
20 - PERSONAL INJURY - OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
MAR **26** 2026
**B. BALILONIS**

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: DEBORAH CRUMP

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>GUY N. PAOLINO | ADDRESS<br>FORBES BENDER & PAOLINO<br>205 N MONROE ST<br>PO BOX 568<br>MEDIA PA 19063 |
| PHONE NUMBER<br>(610)627-1700<br>FAX NUMBER<br>(610)627-1716 | |
| SUPREME COURT IDENTIFICATION NO.<br>41051 | E-MAIL ADDRESS<br>gpaolino@fbpdlaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*GUY PAOLINO* | DATE SUBMITTED<br>Thursday, March 26, 2026, 11:57 am |

**FORBES, BENDER & PAOLINO, P.C.**
**BY: GUY N. PAOLINO, ESQUIRE**
**Attorney I.D. No. 41051**
**205 North Monroe Street**
**Media, Pennsylvania 19063**
**(610) 627-1700**

**Attorney for Plaintiff**
**Deborah Crump**

Filed and Attested by the Office of Judicial Records 26 MAR 2026 11:57 am B. BALILONIS

| | | |
|---|---|---|
| DEBORAH CRUMP<br>646 Kenmore Road<br>Philadelphia, PA 19151<br>Plaintiff | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PENNA<br><br>CIVIL ACTION - LAW |
| vs. | : | MARCH TERM 2026 |
| DOLLAR TREE<br>1601 Market Street<br>Philadelphia, PA 19103<br>And<br>DOLLAR TREE STORES, INC.<br>500 Volvo Parkway<br>Chesapeake, VA 23320<br>Defendants | : | No.<br><br>**JURY TRIAL DEMANDED** |

# NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Civil Action and notice are served, by entering a written appearance personally or by attorney to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL and INFORMATION SERVICE
Philadelphia County Bar Association
11th Floor, 1101 Market Street
Philadelphia, PA 19107-2911
(215) 238-6333
TTY (215) 451-6197

# AVISO

A Usted le han demandado por danos y perjuicios en la corte. Si Usted quiere defenderse contra las acusaciones presentadas en las siguientes paginas, Usted presentadas; tiene que registrar por sus defenses y objecciones a las acusaciones contra Usted. Quede avisado que si Usted no sigue con estas reglas, el caso puede seguir en las corte sin Usted y un juicio sera echado en contral de Usted por las corte sin noticia alguna, por el demandante. Usted perder dinera o propiedad u otros derechos importantes a sue persona.

USTED DEBERIA LLEVAR ESTA PAPEL A SUE ABAGADO LOS MAS PRONTO POSIBLE. SI USTED NO TIENE UN ABOGADO O NO TIENE FONDOS PARA PAGAR POR UNO. VAYA O LLAME FOR TELEPHONO A LA OFICINA DESIGNADA DEBAJO.

ASSOCIATION DE LICENCIADOS
SERVICIO DE REFERENCIA E INFORMACION LEGAL
Philadelphia County Bar Association
11th Floor, 1101 Market Street
Filadelfia, PA 19107-2911
(215) 238-6333
TTY (215) 451-6197

**FORBES, BENDER & PAOLINO, P.C.**
**BY: GUY N. PAOLINO, ESQUIRE**
**Attorney I.D. No. 41051**
**205 North Monroe Street**
**Media, Pennsylvania 19063**
**(610) 627-1700**

**Attorney for Plaintiff,**
**Deborah Crump**

Filed and Attested by the
Office of Judicial Records
26 MAR 2026 11:57 am
B. BALILONIS

| | | |
|---|---|---|
| DEBORAH CRUMP<br>646 Kenmore Road<br>Philadelphia, PA 19151<br>Plaintiff | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY, PENNA<br><br>CIVIL ACTION - LAW |
| vs. | : | MARCH TERM 2026 |
| DOLLAR TREE<br>1601 Market Street<br>Philadelphia, PA 19103<br>And<br>DOLLAR TREE STORES, INC.<br>500 Volvo Parkway<br>Chesapeake, VA 23320<br>Defendants | : | No.<br><br>**JURY TRIAL DEMANDED** |

# COMPLAINT

1. Plaintiff, Deborah Crump, is an adult individual who resides at 646 Kenmore Road, Philadelphia, Pennsylvania 19151.

2. Defendant, Dollar Tree is a business entity or other quasi-public corporation existing under the laws of the Commonwealth of Pennsylvania, with a business address of 1601 Market Street, Philadelphia, PA.

3. Defendant, Dollar Tree, Inc. is an organization and existing business entity with a registered address of 500 Volvo Parkway, Chesapeake, VA 23320.

4. Defendants regularly conduct business in Philadelphia County.

5. Plaintiff avers that Defendants were responsible for and/or jointly responsible for the management, maintenance, repairs, inspections, upkeep and conditions of the aforesaid business, including all common areas.

6. On or about January 28, 2025 at approximately 12:50 p.m., plaintiff, Deborah Crump, was a business invitee while shopping at defendants' store located at 7901 Lansdowne Avenue, Upper Darby, Pennsylvania.

7. On that date and time, plaintiff, Deborah Crump, was walking in Isle 9 of defendants' Upper Darby, Pennsylvania location when a box fell from the shelf above her and struck plaintiff in the head and right side of her shoulder and arm.

8. At the above time and place, Defendants, by its agents, servants, workmen and/or employees, acting in the scope of their employment, were negligent, careless and reckless as follows:

(a) Causing a large heavy box to fall onto the plaintiff's head, shoulder and arm;

(b) Causing an unsafe condition to occur in the store and aisle where business invitees were allowed to traverse.

(c) Failed, after it knew, or reasonably should have known, that its premises were in an unsafe condition, to take such steps as would render its premises safe, and unlikely to cause injuries to others.

(d) Failed to properly maintain its premises which it knew, or reasonably should have known, were in such a condition as to make it likely that a business invitee would incur an injury to their person.

(e) Failed to make such reasonable inspections as would have revealed the dangerous condition.



Case ID: 260303842

(f) Failing to exercise due care and proper care under the circumstances.

9. The accident resulted solely from the negligence and carelessness of the Defendants and their employees herein and was due in no matter whatsoever to any fact or failure to act on the part of Plaintiff.

10. Solely as a result of the negligence of the Defendants as herein alleged, Plaintiff, Deborah Crump, suffered severe and permanent injuries to her head and shoulders, including a closed head injury, cerebral, aggravation of right sided cervical spondylosis, post-traumatic cervical facet syndrome, post-traumatic myofascitis of the right trapezius, right-sided occipital neuralgia and cervicogenic headaches. She suffered severe aches, pains, mental anxiety and anguish, a severe shock to her entire nervous system and other injuries. She has undergone in the past, and will undergo in the future, severe pain and suffering as a result of which she has been in the past and will be in the future, unable to attend to her usual duties and activities, all to her great financial loss and detriment. Plaintiff believes and therefore avers that her injuries are permanent in nature.

11. Solely as a result of the negligence of the Defendants as hereinbefore alleged, Plaintiff has been obliged to spend large sums of money on medicine, medical care and attention in an effort to cure her aforesaid injuries and she will be obliged to spend such sums for an indefinite time in the future, to her great financial detriment and loss.

WHEREFORE, Plaintiff Deborah Crump, demands judgment in her favor and against Defendants in a sum in excess of $50,000.00 plus costs and attorney's fees.

**COUNT I - NEGLIGENCE**
**DEBORAH CRUMP vs. DOLLAR TREE and DOLLAR TREE STORES, INC.**

12. Paragraphs 1 through 11 of Plaintiff's Complaint are herein incorporated by reference as though set forth in full.



Case ID: 260303842

13. Plaintiff avers that Defendants had actual and/or constructive knowledge of the aforementioned dangerous condition.

14. The aforesaid accident resulted solely from the negligence and/or carelessness of Defendants Dollar Tree herein and was due in no manner whatsoever to any act or failure to act on the part of Plaintiff.

15. The negligence and carelessness of Defendants consisted of the following:

(a) Causing a large heavy box to fall onto the plaintiff's head, shoulder and arm;

(b) Causing an unsafe condition to occur in the store and aisle where business invitees were allowed to traverse.

(c) Failed, after it knew, or reasonably should have known, that its premises were in an unsafe condition, to take such steps as would render its premises safe, and unlikely to cause injuries to others.

(d) Failed to properly maintain its premises which it knew, or reasonably should have known, were in such a condition as to make it likely that a business invitee would incur an injury to their person.

(e) Failed to make such reasonable inspections as would have revealed the dangerous condition.

(f) Failing to exercise due care and proper care under the circumstances.

16. As a further result of this accident, Plaintiff has been obligated to receive medical attention and care for her injuries, and to incur various expenses for said care, and will be obligated to continue to expend such time and expenditures and may continue to expend such sums for an indefinite time in the future.

17. As a further result of this accident, Plaintiff has been unable to attend to her daily chores, duties, occupation and may be unable to do so for an indefinite period of time in the future.

18. As a further result of this accident, Plaintiff has or may continue to in the future incur other financial expenses or losses to which she is entitled to recover.

19. As a further result of this accident, Plaintiff has suffered severe physical pain, aches, fear, mental anguish, humiliation, inconvenience and loss of life's pleasures, and will continue to suffer the same for an indefinite time in the future.

WHEREFORE, Plaintiff, Deborah Crump demand damages from the defendants, Dollar Tree, and Dollar Tree Stores, Inc., jointly, severally and/or vicariously in an amount in excess of Fifty Thousand Dollar ($50,000), plus interest and costs.

FORBES, BENDER & PAOLINO, P.C.

BY: ______________________
GUY N. PAOLINO, ESQUIRE
Attorney for Plaintiff, Deborah Crump



Case ID: 260303842

# VERIFICATION

I, DEBORAH CRUMP, hereby certify that the averments in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that statements herein are made subject to the penalties of 18 PA. C.S. Section 4904, relating to unsworn falsification to authorities.

DEBORAH CRUMP